**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
105 Decker Ct
Suite 1150 11th Floor
Irving, TX 75062
(214) 855-9200

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE:                                                                                  CASE No: 24-31344-SGJ-13

**WILLIE CURNELL**

## NOTICE OF INSUFFICIENT CREDITOR ADDRESS

Please be advised that the following creditor(s) have been listed on either the Mailing Matrix or Preliminary Plan with insufficient addresses:

    **1 VISION HOSTING**

The creditor(s) will not be entered as creditors in the Trustee's system until an Amended Mailing Matrix listing their complete address has been filed with the Court.

It will be necessary for you to serve the parties all filed documents and file a certificate of service with the Bankruptcy Court.

Creditors who do not receive adequate Notice under Bankruptcy Rules may not be discharged.

                                                   By: /s/ Thomas D. Powers

                                                   Thomas D. Powers, Chapter 13 Trustee
                                                   State Bar No. 16218700

**Notice of Insufficient Creditor Address**
**Case # 24-31344-SGJ-13**
**WILLIE CURNELL**

### Certificate of Service

I hereby certify that a copy of the foregoing "Notice of Insufficient Creditor Address" was served on the following parties at the addresses listed below by United States First Class Mail or via electronic mail.

Debtor:    WILLIE CURNELL, 1990 OAK HILL CIRCLE, DALLAS, TX  75217

Attorney:    THE REED LAW GROUP PLLC, 3245 W MAIN ST, 235-346, FRISCO, TX  75034

\*\*Indicates party has elected to receive all notifications via electronic service and was not served a copy via United States First Class Mail.

Dated:  06/06/2024

By: /s/ Thomas D. Powers
Thomas D. Powers, Chapter 13 Trustee
State Bar No. 16218700